People ex rel. Kousouros v Warden of Rikers Is.

2026 NY Slip Op 02768

May 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. James Kousouros,
on behalf of Ying Lin, petitioner,

v

Warden of Rikers Island, respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 1, 2026

2026-03997

James Kousouros, New York, NY, petitioner pro se.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Ariel Gootkin, and Matthew Regan of counsel) for respondent.

[*1]

DECISION & JUDGMENT

Writ of habeas corpus in the nature of an application to release Ying Lin upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment Nos. 70897/2025 and 2326/2024.

ADJUDGED that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230).

DUFFY, J.P., GENOVESI, DOWLING and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court